UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>As TRUSTEE, MARTIN'S COVE<br>REALTY TRUST<br>   Plaintiff<br><br>vs<br><br>WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>   Defendants | AFFIDAVIT OF SCOTT<br>MACHANIC IN SUPPORT OF<br>PLAINTIFF'S MOTION FOR<br>WRIT OF ATTACHMENT |

Now comes Scott L. Machanic and deposes as follows:

1. I am an attorney admitted to practice before the bars of the Supreme Judicial Court of Massachusetts and this Honorable Court. I am a partner in the firm of Cunningham, Machanic, Cetlin, Johnson & Harney, LLP, counsel to Plaintiff in this matter. I make the statements contained in this affidavit based on my personal knowledge.

2. I have been employed directly by, represented, and brought claims against, various insurance companies in the course of my professional career. I know of no liability insurance which will provide the Defendants with coverage for the types of intentional conduct alleged in the Verified Complaint in this matter.

Signed under the pains and penalties of perjury this 20th day of February, 2004.

_____
Scott L. Machanic   BBO # 311120

I hereby certify that a true copy of the document was served upon (party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 2/20/04.

Signed: _____

15