# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and )<br>    As TRUSTEE, MARTIN'S COVE )<br>    REALTY TRUST )<br>        Plaintiff )<br>             )<br>    vs                  )<br>             )<br>WILLIAM ROBERT MEARA and )<br>BRENDA MEARA, )<br>        Defendants )| REQUEST FOR HEARING ON<br>PLAINTIFF'S MOTION FOR<br>WRIT OF ATTACHMENT |

Now comes the Plaintiff and respectfully requests a hearing on this motion.

Respectfully submitted
Suzanne Wright
By her attorneys

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
     Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(781) 237-7030

220313

I hereby certify that a true copy of the above document was served upon (each party ~~appearing~~ pro se ~~and the~~ ~~attorney of record for each~~ (other) party by mail (by ~~hand~~) on 2/20/04 .

Signed: _____