# UNITED STATES DISTRICT COURT

District of _____**Massachusetts**_____

SUZANNE WRIGHT, Individually and
as TRUSTEE, MARTIN"S COVE
REALTY TRUST

V.

WILLIAM ROBERT MEARA and
BRENDA MEARA

## SUMMONS IN A CIVIL ACTION

# 04 10211 RCL

CASE NUMBER:

TO: (Name and address of Defendant)

> Brenda Meara
> 190 Flume Avenue
> Barnstable, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Scott Machanic
> Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
> 220 N. Main street
> Natick, MA 01760

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    1/3 4/04

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2/20/04 |
|---|---|

| NAME OF SERVER *(PRINT)* Thomas C. Huslin | TITLE Process Server & Disinterested Person |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Chris Meara, son

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 20.00 | TOTAL $20.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/20/04___     _____Thomas C. Huslin_____
            Date                    *Signature of Server*

92 State St., Boston, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.