# UNITED STATES DISTRICT COURT

District of **Massachusetts**

SUZANNE WRIGHT, Individually and
as TRUSTEE, MARTIN"S COVE
REALTY Trust
　　　　　　V.
WILLIAM ROBERT MEARA AND
BRENDA MEARA

**SUMMONS IN A CIVIL ACTION**

**04 10211 RCL**

CASE NUMBER:

TO: (Name and address of Defendant)

William R. Meara
190 Flume Avenue
Barnstable, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott L. Machanic
Cunningham, Machanic, Cetlin, Jophnson & Harney, LLP
220 N. Main Street
Natick, MA 01760

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  1/29/04

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/20/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas C. Hyslop | Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Chris Miara, son

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/20/04
Date            Signature of Server

92 State St., Boston, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.