UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE WRIGHT, Individually and as TRUSTEE, MARTIN'S COVE REALTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROBERT MEARA and BRENDA MEARA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Now comes the undersigned, Marc C. Laredo and Lisa Cooney, and hereby enter their appearance for Defendants William Robert Meara and Brenda Meara in the above-captioned matter.

_____
Marc C. Laredo, BBO# 543973
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984
617-367-6475 (Fax)

_____
Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984
617-367-6475 (Fax)

Dated: March 8, 2004

CERTIFICATE OF SERVICE

  I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Notice of Appearance by causing same to be delivered by first class mail to counsel of record as listed below:

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA  01760

              _____
              Lisa Cooney, BBO# 636631
              Laredo & Smith, LLP
              15 Broad Street
              Boston, MA 02109
              617-367-7984

Dated:  March 8, 2004