UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211-RCL

SUZANNE WRIGHT, Individually and As TRUSTEE, MARTIN'S COVE REALTY TRUST,
Plaintiff

vs

WILLIAM ROBERT MEARA and BRENDA MEARA,
Defendants

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Now come the parties in the above-captioned matter and hereby request that the deadline for Defendants to answer or otherwise respond to the Complaint be extended to April 1, 2004. As grounds for this request, the parties state as follows:

1. This case was filed on or about January 29, 2004, and process was served upon the Defendants on February 20, 2004.

2. After conference, the parties have agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint from March 11, 2004 to April 1, 2004.

3. This requested extension will not unduly delay the proceeding.

**WHEREFORE**, the parties respectfully request that this Court extend the deadline for Defendants to answer or otherwise respond to the Complaint to April 1, 2004.

Respectfully Submitted,

The Plaintiff,
By her attorney:

Holly Anderson (LC)

Scott L. Machanic, BBO # 311120
Holly B. Anderson, BBO # 649482
CUNNINGHAM, MACHANIC, CETLIN,
JOHNSON & HARNEY, LLP
220 North Main Street
Natick, MA 01760
TEL: (508) 651-7524
FAX: (508) 653-0119

The Defendants,
by their attorney:

Lisa C

Marc Laredo, BBO # 543973
Lisa Cooney, BBO # 636631
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA 02109
TEL: 617-367-7984
FAX: 617-367-6475

DATED: March 8, 2004

4816/0001
220780

CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Assented-to Motion to Extend Time by causing same to be delivered by first class mail to counsel of record as listed below:

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984

Dated: March 8, 2004

LAREDO SMITH, LLP

March 8, 2004

**VIA HAND DELIVERY**

Civil Clerk
Suite 2300
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: Wright v. Meara
C.A. No. 04-10211-RCL

Dear Sir or Madam:

Enclosed for filing please find our Notice of Appearance on behalf of Defendants William and Brenda Meara and Assented-To Motion to Extend Time to Answer or Otherwise Respond to Complaint.

Please date stamp the enclosed copy of this letter and return it to the messenger.

Very truly yours,

Lisa Cooney

MCL/ld
Encls.
cc: Scott L. Machanic, Esq.

15 Broad Street • Suite 600 • Boston, MA 02109
ph 617.367.7984 fax 617.367.6475
www.laredosmith.com