UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211-RCL

SUZANNE WRIGHT, Individually and )
   As TRUSTEE, MARTIN'S COVE )
   REALTY TRUST )
      Plaintiff )
 )
vs )
 )
WILLIAM ROBERT MEARA and )
BRENDA MEARA, )
      Defendants )

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR WRIT OF ATTACHMENT**

Now come the parties in the above-captioned matter and hereby request that the deadline for Defendants to file their opposition to Plaintiff's Motion for Writ of Attachment be extended to April 1, 2004. As grounds for this request, the parties state as follows:

1. This case was filed on or about January 29, 2004. The Amended Complaint was served by constable upon the Defendants on February 20, 2004.

2. On or about February 20, 2004, Plaintiff filed a Motion for Writ of Attachment, Affidavit of Scott L. Machanic and Request for Hearing. The Motion was entered on the docket on or about February 25, 2004.

3. On March 8, 2004, the Parties filed an Assented-to Motion to Extend Time to Answer or Otherwise Respond to the Complaint to April 1, 2004, which was allowed.

4. After conference, the parties have agreed to extend the deadline for Defendants' opposition to the Motion for Writ of Attachment to and through April 1, 2004.

WHEREFORE, the parties respectfully request that this Court extend the deadline for Defendants to file their opposition to and through April 1, 2004.

Respectfully Submitted,

| The Plaintiff,<br>By her attorneys: | The Defendants,<br>By their attorneys: |
|---|---|
| *Holly Anderson /lc*<br>Scott L. Machanic, BBO # 311120<br>Holly B. Anderson, BBO # 649482<br>CUNNINGHAM, MACHANIC, CETLIN,<br>JOHNSON & HARNEY, LLP<br>220 North Main Street<br>Natick, MA 01760<br>TEL: (508) 651-7524<br>FAX: (508) 653-0119 | *[signature]*<br>Marc Laredo, BBO #543973<br>Lisa Cooney, BBO #636631<br>LAREDO & SMITH, LLP<br>15 Broad Street, Suite 600<br>Boston, MA 02109<br>TEL: 617-367-7984<br>FAX: 617-367-6475 |

DATED: March 9, 2004

## CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Assented-to Motion to Extend Deadline for Defendants' Opposition by causing same to be delivered by first class mail to counsel of record as listed below:

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

                                           Lisa Cooney, BBO# 636631
                                           Laredo & Smith, LLP
                                           15 Broad Street
                                           Boston, MA 02109
                                           617-367-7984

Dated: March 9, 2004