UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE WRIGHT, Individually and as TRUSTEE, MARTIN'S COVE REALTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROBERT MEARA and BRENDA MEARA,<br><br>Defendants. | C.A. No. 04-10211RCL |

## DEFENDANTS WILLIAM ROBERT MEARA AND BRENDA MEARA'S MOTION TO DISMISS

This Motion to Dismiss is submitted pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendants William Robert Meara and Brenda Meara on the grounds that for each claim, Plaintiff has failed to state a claim upon which relief can be granted. As specific grounds for their Motion to Dismiss, Defendants state that the Statute of Frauds bars enforcement of the entire action, which involves an oral promise involving real property. As further grounds for their Motion, Defendants state that, even if the promise is not barred by the Statute of Frauds (a) Plaintiff's fraud claim fails because (i) it is not plead with sufficient particularity, and (ii) a representation that is promissory in nature cannot form the basis of a fraud action; and (b) Wright's breach of contract, breach of fiduciary duty, and unjust enrichment claims fail because (i) the partnership in question had ceased to exist, and (ii) Mrs. Meara was not a party to the alleged agreement that forms the basis of this action. In further support of their Motion, Defendants refer the Court to their Memorandum in Support of their Motion to Dismiss filed herewith.

WHEREFORE, for the foregoing reasons, the Mearas request that their Motion to Dismiss be granted.

> WILLIAM ROBERT MEARA
> BRENDA MEARA
>
> By their attorneys,
>
> /s/ Lisa Cooney
> Marc C. Laredo, BBO#543973
> Lisa Cooney, BBO# 636631
> Laredo & Smith, LLP
> 15 Broad Street
> Boston, MA 02109
> 617-367-7984

Dated: March 25, 2004

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request oral argument on this motion because of the likelihood that oral argument will be of assistance to the court.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/25/04.
/s/ Lisa Cooney