UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE WRIGHT, Individually and as TRUSTEE, MARTIN'S COVE REALTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROBERT MEARA and BRENDA MEARA,<br><br>Defendants. | C.A. No. 04-10211RCL |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Lisa Cooney, counsel for Defendants William Robert Meara and Brenda Meara, hereby certify that I have conferred with counsel for the Plaintiff, and that the parties are unable to narrow the issues in connection with Defendants' Motion to Dismiss.

WILLIAM ROBERT MEARA
BRENDA MEARA

By their attorneys,

*/s/ Lisa Cooney*
Marc C. Laredo, BBO#543973
Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984

Dated: March 25, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3/25/04.