# CUNNINGHAM, MACHANIC, CETLIN, JOHNSON & HARNEY, LLP
## ATTORNEYS AT LAW

Daniel M. Cunningham
Scott L. Machanic
Dana A. Cetlin ±
David C. Johnson (1949-2000)
Peter P. Harney
Robert F. Tenney
Robert J. Riccio
Aaron E. Morrison
Mary E. Arata
Jennifer C. Gately
Holly B. Anderson
Of Counsel:
Edward C. Uehlein (1911-2003)
William M. Zall

Lakewood Office Park
220 North Main Street
Natick, Massachusetts 01760-1100
(508) 651-7524   (781) 237-7030
FAX: (508) 653-0119
email: cmlaw@cmlaw.net

± Also Admitted in New Hampshire

Of Counsel (cont'd):
Richard B. Schafer
Judith L. Melideo-Preble
Richard A. Zucker
John W. McCann
Paralegals:
Jenny Hall Maltais
Pamela J. Szretter
Naomi E. Dennis
Joanne Kramar Zall
Julie R. Israelson
Kelly J. Carter
Shelley R. Kamen

April 6, 2004

Clerk's Office for Civil Business
United States District Court
Suite 2300
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Suzanne Wright v. Willam Robert Meara and Brenda Meara.
    Civil No. 04-10211 RCL
    Our file: 4816/0001

Dear Sir or Madam:

Enclosed herewith you will find copies of the following documents for filing in this matter:

1. Motion to Amend Complaint and
2. Second Amended Complaint and Jury Demand

This will also confirm that, by agreement of counsel, **Defendants' Motion to Dismiss**, previously filed in this matter, has been **withdrawn**, without prejudice to filing a similar motion, if necessary, following action by the Court on this Motion.

Thank you very much.

Very truly yours,
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP by

Scott L. Machanic

Cc w/ encl
    Marc Laredo, Esq.

222216