UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211-RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>    As TRUSTEE, MARTIN'S COVE<br>    REALTY TRUST<br>        Plaintiff | )<br>)<br>)<br>)<br>) |
| vs | )<br>) |
| WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>        Defendants | )<br>)<br>) |

### CERTIFICATE OF CONFERENCE CONCERNING
### PLAINTIFF'S FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT

I hereby certify that on April 6, 2004, I conferred at length by telephone with Attorneys Marc Laredo and Mark Smith, counsel for the defendants, concerning the Defendants' Motion to Dismiss and a proposed Motion for Leave to File Second Amended Complaint. Counsel agreed that the Motion to Dismiss would be withdrawn, and that Plaintiff would file for permission to file an amended complaint to attempt to address the issues addressed in the Motion to Dismiss. However, we have not been able to reach any agreement with respect to the proposed Second Amended Complaint.

Respectfully submitted
Suzanne Wright
By her attorneys

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
    Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524

222471

I hereby certify that a true copy of the above document was served upon (~~a~~ ~~party appearing pro se~~ and) the attorney of record for each (other) party by mail (~~by hand~~) on 4/12/04.

Signed: _____