UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211-RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>    As TRUSTEE, MARTIN'S COVE<br>    REALTY TRUST<br>        Plaintiff | )<br>)<br>)<br>)<br>) |
| vs | )<br>) |
| WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>        Defendants | )<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO THE SECOND AMENDED COMPLAINT**

Now come the Defendants in the above-captioned matter and hereby request that the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint be extended to April 23, 2004. As grounds for this request, the parties state as follows:

1. This case was filed on or about January 29, 2004.

2. Defendants filed a Motion to Dismiss the Amended Complaint on March 25, 2004.

3. After conference, the parties agreed that Defendants would withdraw their Motion and assent to Plaintiff filing a Second Amended Complaint. Plaintiff served the Second Amended Complaint on Defendants on or about April 6, 2004.

4. After conference, the parties have agreed to extend the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint to April 23, 2004.

5. This requested extension will not unduly delay the proceeding.

**WHEREFORE**, the Defendants respectfully request that this Court extend the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint to April 23, 2004.

| | |
|---|---|
| Assented to,<br>The Plaintiff,<br>By her attorney: | Respectfully Submitted,<br>The Defendants,<br>by their attorney: |
| /s/ Scott Machanic /lc<br>Scott L. Machanic, BBO # 311120<br>Holly B. Anderson, BBO # 649482<br>CUNNINGHAM, MACHANIC, CETLIN,<br>JOHNSON & HARNEY, LLP<br>220 North Main Street<br>Natick, MA 01760<br>TEL: (508) 651-7524<br>FAX: (508) 653-0119 | /s/ Lisa Cooney<br>Marc Laredo, BBO # 543973<br>Lisa Cooney, BBO # 636631<br>LAREDO & SMITH, LLP<br>15 Broad Street, Suite 600<br>Boston, MA 02109<br>TEL: 617-367-7984<br>FAX: 617-367-6475 |

DATED: April 15, 2004

## CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Assented-to Motion to Extend Time by causing same to be delivered by first class mail to counsel of record as listed below:

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA  01760

                                                        _____
                                                        Lisa Cooney, BBO# 636631
                                                        Laredo & Smith, LLP
                                                        15 Broad Street
                                                        Boston, MA 02109
                                                        617-367-7984

Dated: April 15, 2004