UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211-RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and As TRUSTEE, MARTIN'S COVE REALTY TRUST<br>Plaintiff<br><br>vs<br><br>WILLIAM ROBERT MEARA and BRENDA MEARA,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT

Now come the Defendants in the above-captioned matter and hereby request that the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint be extended to May 3, 2004. As grounds for this request, the parties state as follows:

1. This case was filed on or about January 29, 2004.

2. Defendants filed a Motion to Dismiss the Amended Complaint on March 25, 2004.

3. After conference, the parties agreed that Defendants would withdraw their Motion and assent to Plaintiff filing a Second Amended Complaint. Plaintiff served the Second Amended Complaint on Defendants on or about April 6, 2004.

4. After conference, the parties have agreed to extend the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint to May 6, 2004.

5. This requested extension will not unduly delay the proceeding.

WHEREFORE, the Defendants respectfully request that this Court extend the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint to May 6, 2004.

Assented to,
The Plaintiff,
By her attorney:

_____
Scott L. Machanic, BBO # 311120
Holly B. Anderson, BBO # 649482
CUNNINGHAM, MACHANIC, CETLIN,
JOHNSON & HARNEY, LLP
220 North Main Street
Natick, MA 01760
TEL: (508) 651-7524
FAX: (508) 653-0119

DATED: April 22, 2004

Respectfully Submitted,
The Defendants,
by their attorney:

_____
Marc Laredo, BBO # 543973
Lisa Cooney, BBO # 636631
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA 02109
TEL: 617-367-7984
FAX: 617-367-6475

## CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Assented-to Motion to Extend Time by causing same to be delivered by first class mail to counsel of record as listed below:

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

 

Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984

Dated: April 22, 2004