UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE WRIGHT, Individually and as TRUSTEE, MARTIN'S COVE REALTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROBERT MEARA and BRENDA MEARA,<br><br>Defendants. | C.A. NO.: 04-10211RCL |

### DEFENDANTS' NOTICE THAT THEY DO NOT OPPOSE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendants William Robert Meara and Brenda Meara (collectively "Defendants") hereby submit this Notice that they do not oppose Plaintiff's Motion for Leave to File Second Amended Complaint. Defendants reserve their right to file a Motion to Dismiss or Motion for Judgment on the Pleadings in response to the Second Amended Complaint. The parties have agreed that Defendants' answer or responsive pleading will be due on May 19, 2004.

WILLIAM ROBERT MEARA
BRENDA MEARA,
By their attorneys,

Marc C. Laredo, BBO#543973
Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984

Dated: April 30, 2004

## CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Notice by causing same to be delivered by first class mail to counsel of record as listed below:

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA  01760

*(signature)*
Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984

Dated: April 30, 2004