UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE WRIGHT, Individually and as TRUSTEE, MARTIN'S COVE REALTY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ROBERT MEARA and BRENDA MEARA, <br><br> Defendants. | C.A. No. 04-10211RCL |

## DEFENDANTS WILLIAM ROBERT MEARA AND BRENDA MEARA'S MOTION FOR JUDGMENT ON THE PLEADINGS

This Motion for Judgment on the Pleadings is submitted pursuant to Federal Rule of Civil Procedure 12(c) by Defendants William Robert Meara and Brenda Meara on the grounds that for each claim, Plaintiff has failed to state a claim upon which relief can be granted. As specific grounds for their Motion, Defendants state that this entire action fails because an alleged statement concerning one's intent to live in a house for the "foreseeable future" cannot form the basis of a fraud claim or any other claim.

In further support of their Motion, Defendants refer the Court to their Memorandum in Support of their Motion for Judgment on the Pleadings filed herewith.

WHEREFORE, for the foregoing reasons, the Mearas request that their Motion be granted.

> WILLIAM ROBERT MEARA
> BRENDA MEARA
>
> By their attorneys,
>
> /s/ Marc C. Laredo
> Marc C. Laredo, BBO#543973
> Lisa Cooney, BBO# 636631
> Laredo & Smith, LLP
> 15 Broad Street
> Boston, MA 02109
> 617-367-7984

Dated: June 28, 2004

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request oral argument on this motion because of the likelihood that oral argument will be of assistance to the court.

2

## CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Motion by causing same to be delivered by first class mail to counsel of record as listed below:
*and fax*

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

            Lisa Cooney, BBO# 636631
            Laredo & Smith, LLP
            15 Broad Street
            Boston, MA 02109
            617-367-7984

Dated: June 28, 2004

3