UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE WRIGHT, Individually and as TRUSTEE, MARTIN'S COVE REALTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROBERT MEARA and BRENDA MEARA,<br><br>Defendants. | C.A. No. 04-10211RCL |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Lisa Cooney, counsel for Defendants William Robert Meara and Brenda Meara, hereby certify that I have conferred with counsel for the Plaintiff, and that the parties are unable to narrow the issues in connection with Defendants' Motion for Judgment on the Pleadings.

                                      WILLIAM ROBERT MEARA
                                      BRENDA MEARA

                                      By their attorneys,

                                      _/s/ Lisa Cooney_____
                                      Marc C. Laredo, BBO#543973
                                      Lisa Cooney, BBO# 636631
                                      Laredo & Smith, LLP
                                      15 Broad Street
                                      Boston, MA 02109
                                      617-367-7984

Dated: June 26, 2004

## CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Certificate of Compliance by causing same to be delivered by first class mail to counsel of record as listed below: *L and fax*

Scott L. Machanic, Esq.
Holly Anderson, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984

Dated: June 28, 2004