UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211-RCL

SUZANNE WRIGHT, Individually and )
As TRUSTEE, MARTIN'S COVE )
REALTY TRUST )
    Plaintiff )
)
vs )
)
WILLIAM ROBERT MEARA and )
BRENDA MEARA, )
    Defendants )

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

We hereby certify that Plaintiff and her counsel have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted
Suzanne Wright
By her attorneys

_____
Suzanne Wright

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
    Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(781) 237-7030

225800

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 8/3/04.

Signed: _____