UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>    As TRUSTEE, MARTIN'S COVE<br>    REALTY TRUST<br>        Plaintiff<br><br>vs<br><br>WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE
AND FOR LEAVE TO TAKE DEPOSITION**

Now comes the Plaintiff and hereby moves for scheduling of a status conference and for leave to take one deposition of Hingham Centre, Ltd., the real estate brokerage firm which initially advertised that the involved premises were for sale, in June of 2003.

Respectfully submitted
Suzanne Wright,
By her attorneys

/s/ Scott L. Machanic
Scott L. Machanic   BBO # 311120
Holly B. Anderson   BBO # 649482
Cunningham, Machanic, Cetlin,
   Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
Tel:  (508) 651-7524
Fax: (508) 653-0119

229467