# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>As TRUSTEE, MARTIN'S COVE<br>REALTY TRUST<br>Plaintiff | )<br>)<br>)<br>)<br>) |
| vs | )<br>) |
| WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>Defendants | )<br>)<br>) |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR STATUS CONFERENCE AND FOR LEAVE TO TAKE DEPOSITION

Now comes the Plaintiff and hereby moves for scheduling of a status conference and for leave to take one deposition of Hingham Centre, Ltd., the real estate brokerage firm which initially advertised that the involved premises were for sale, in June of 2003.

This matter arises from the listing and sale for a substantial profit by the Defendants of premises, shortly after the property was transferred to Defendants, on March 11, 2003, which Plaintiff sold to the Defendants at a "bargain" price, base on assurances that Defendants would live in the premises.

The case had been assigned an initial scheduling conference date of July 14, 2004. The conference was cancelled, pending resolution of Defendants' Motion to Dismiss, filed on June 28, 2004 but not yet heard as of the date this Motion is filed.

Plaintiff is concerned that the records of the listing broker may be destroyed, and/or that memories will fade, with the passing of time. The deposition of the listing broker may well disclose that the firm was contacted prior to the meeting between the parties at which the

2

representations were made by Defendants.  Plaintiff therefore requests that she be permitted to take that one deposition, which will not unreasonably burden the Defendants.

Plaintiff further requests that the matter be scheduled for a status conference so that the matter can be proceeding forward in an orderly fashion.

Respectfully submitted
Suzanne Wright,
By her attorneys


Scott L. Machanic    BBO # 311120
Holly B. Anderson  BBO # 649482
Cunningham, Machanic, Cetlin,
   Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
Tel:  (508) 651-7524
Fax: (508) 653-0119

229467

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>    As TRUSTEE, MARTIN'S COVE<br>REALTY TRUST<br>      Plaintiff | )<br>)<br>)<br>)<br>) |
| vs | )<br>) |
| WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>      Defendants | )<br>)<br>) |

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 12, 2004, at approximately 10:30 a.m. in Middlesex Superior Court, I conferred with marc Laredo, counsel for the Defendants in this matter. Attorney Laredo indicated that he would not oppose the scheduling of a status conference, but preferred that Defendants' Motion to Dismiss be scheduled for hearing. He opposed any discovery prior to the hearing on Defendants' Motion to Dismiss.

Respectfully submitted
Suzanne Wright,
By her attorneys

Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
  Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
Tel:  (508) 651-7524
Fax: (508) 653-0119

229471

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>    As TRUSTEE, MARTIN'S COVE<br>REALTY TRUST<br>        Plaintiff | )<br>)<br>)<br>)<br>) |
| vs | )<br>) |
| WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>        Defendants | )<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2004, I filed the within Motion, Memorandum in

Support and Certificate of Conference with the Clerk of the District Court using the CM/ECF

System, which sent notification of such filing to the following:

Lisa J. Coney, Esq. at cooney@laredosmith.com

March C. Laredo, Esq. at Laredo@laredosmith.com

Respectfully submitted
Suzanne Wright,
By her attorneys

Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
  Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
Tel: (508) 651-7524
Fax: (508) 653-0119

229473