# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                     No: <u>04-10211-RCL</u>

SUZANNE WRIGHT
Plaintiff

v.

WILLIAM ROBERT MEARA, ET AL
Defendant

## **NOTICE OF HEARING**

LINDSAY, D.J.

      TAKE NOTICE that the above-entitled case has been set for hearing on motion for judgment on the pleadings at **3:00PM**, on **December 6, 2004,** in Courtroom No. 11, 5th floor, United States Courthouse. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

                                                           By the Court,

                                                           /s/ Lisa M. Hourihan

                                                           Deputy Clerk

November 1, 2004

To: All Counsel