UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE WRIGHT, Individually and )<br>   As TRUSTEE, MARTIN'S COVE )<br>   REALTY TRUST )<br>      Plaintiff )<br>)<br>vs )<br>)<br>WILLIAM ROBERT MEARA and )<br>BRENDA MEARA, )<br>      Defendants )<br>) | CIVIL ACTION NO. 04-10211-RCL |

NOTICE OF WITHDRAWAL

Now comes the undersigned, Lisa Cooney, of the law firm of Laredo & Smith, LLP, counsel for the Defendants William Robert Meara and Brenda Meara (the "Clients") and provides, pursuant to Rule 11 of the Massachusetts Rules of Civil Procedure, her notice of withdrawal as counsel for the Client in this action. The undersigned states that Marc C. Laredo of Laredo & Smith, LLP will continue to represent the Clients in this matter. There are no motions currently pending before the Court, and no trial date has been set.

_____
Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984
May 12, 2005

## CERTIFICATE OF SERVICE

    I, Lisa Cooney, attorney for Defendants, hereby certify that on this date I served the within Notice of Withdrawal by causing copies to be delivered by regular mail, postage prepaid, to:

Scott L. Machanic, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

William Meara
190 Flume Avenue
Marstons Mills, MA 02648

Brenda Meara
190 Flume Avenue
Marstons Mills, MA 02648

                                                  Lisa Cooney, BBO# 636631
                                                  Laredo & Smith, LLP
                                                  15 Broad Street
                                                  Boston, MA 02109
                                                  617-367-7984

Dated: May 17, 2005