**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

|  |  |  |
|---|---|---|
| SUZANNE WRIGHT, Individually and | ) | |
| As TRUSTEE, MARTIN'S COVE | ) | |
| REALTY TRUST | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO.  04-10211-RCL |
| | ) | |
| WILLIAM ROBERT MEARA and | ) | |
| BRENDA MEARA, | ) | |
| Defendants | ) | |

---

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND THE TIME WITHIN**
**WHICH THEY MUST REPOND TO PLAINTIFF'S MOTION TO COMPEL**
**PRODUCTION OF DOCUMENTS**

Defendants request that the time within which they must file their response to Plaintiff's

Motion to Compel Production of Documents be extended to June 30, 2005.  As grounds therefor,

Defendants state that they are scheduled to mediate this case on June 14, 2005.  If the mediation

is successful in resolving this case, there will be no need to proceed with this motion.  If the

mediation does not succeed in resolving this case, then the opposition to the motion will be filed

by June 30, 2005.

This motion is assented to by the Plaintiff's counsel.

For the above-stated reasons, Defendants request that their motion be granted.

WILLIAM ROBERT MEARA
BRENDA MEARA

By their attorneys,

/s/ Marc C. Laredo
Marc C. Laredo, BBO# 543973
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Assented to:

/s/ Scott L. Mechanic
Scott L. Machanic, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760


Dated: June 1, 2005

## CERTIFICATE OF SERVICE

I, Marc Laredo, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Defendants' Assented-To Motion To Extend The Time Within Which They Must Respond To Plaintiff's Motion To Compel Production Of Documents by causing same to be delivered by first class mail to counsel of record as listed below:


Scott L. Machanic, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA  01760




/s/ Marc C. Laredo
Marc C. Laredo, Esq.
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984


Dated:  June 1, 2005