# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUZANNE WRIGHT, Individually and )
As TRUSTEE, MARTIN'S COVE )
REALTY TRUST )
Plaintiff )
)
vs                                    ) CIVIL ACTION NO. 04-10211-RCL
)
WILLIAM ROBERT MEARA and )
BRENDA MEARA, )
Defendants )
_____)

## DEFENDANTS WILLIAM ROBERT MEARA AND BRENDA MEARA'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants William Robert Meara and Brenda Meara (collectively referred to as

"Defendants") respond to Plaintiff's First Request for the Production of Documents as

follows:

### General Objections

1.    Defendants object to the Introductory and Definitions sections to the
      extent that they exceed the requirements imposed by the Federal Rules of
      Civil Procedure.

2.    Defendants object to the Introductory and Definitions sections to the
      extent that they seek information protected by the attorney-client privilege,
      the work-product privilege, or any other privilege protected by law.

3.    Any response which states that documents will be produced, to the extent
      they are required, means that Defendants are willing to produce the
      requested documents, if they exist and are in Defendants' possession, but
      is not to be taken as a representation that such documents exist or are in
      Defendants' possession.

Subject to the General Objections, Defendants respond to the specific requests as

follows:

**REQUEST NO. 1**

All correspondence to Suzanne Wright from January 1, 1990 to the present.

**RESPONSE NO. 1**

Defendants have no documents responsive to the Request in their possession,

custody, or control.

**REQUEST NO. 2**

All correspondence from Suzanne Wright from January 1, 1990 to the present.

**RESPONSE NO. 2**

Defendants have no documents responsive to the Request in their possession,

custody, or control.

**REQUEST NO. 3**

Any and all notes of communications with Suzanne Wright from January 1, 1990

to the present.

**RESPONSE NO. 3**

Defendants have no documents responsive to the Request in their possession,

custody, or control.

**REQUEST NO. 4**

Any and all correspondence regarding events leading to a Partnership Agreement

dated as of January 1, 1995 among any of Suzanne Wright, William Robert Meara,

and/or Brenda Meara.

**RESPONSE NO. 4**

Defendants object to the Request on the grounds that the Request seeks

information protected by the attorney-client privilege and/or attorney work product

doctrine. Defendants further object to this Request on the grounds that it is overbroad

and seeks production of documents which are neither relevant to the subject matter

involved in the pending action nor reasonably calculated to lead to the discovery of

admissible evidence. Defendants further object to the Request on the grounds that it is

unclear what Plaintiff means by "events." Without waiving the foregoing objections,

Defendants state that they have no non-privileged documents responsive to the Request in

their possession, custody, or control.

**REQUEST NO. 5**

Any and all modifications made to a Partnership Agreement dated as of January 1,

1995.

**RESPONSE NO. 5**

Defendants will produce those non-privileged documents responsive to the

Request in their possession, custody, or control. Further answering, please see

Defendants' initial disclosure documents labeled M0001-M0016.

**REQUEST NO. 6**

Copies of all cancelled checks or other documents showing any contribution to

capital under the Partnership Agreement dated as of January 1, 1995.

**RESPONSE NO. 6**

Defendants will produce those non-privileged documents responsive to the

Request in their possession, custody, or control.

**REQUEST NO. 7**

Copies of all cancelled checks or other documents showing payment for real estate taxes for the property at 21 Martin's Cove Road, Hingham, MA from January 1, 1990 to the present.

**RESPONSE NO. 7**

Defendants will produce those non-privileged documents responsive to the Request in their possession, custody, or control.

**REQUEST NO. 8**

Copies of all cancelled checks or other documents showing any payment for water, sewer or utilities for the property at 21 Martins Cove Road, Hingham, MA from January 1, 1990 to the present.

**RESPONSE NO. 8**

Defendants will produce those non-privileged documents responsive to the Request in their possession, custody, or control.

**REQUEST NO. 9**

Copies of any and all invoices for real estate taxes, water, sewer or utilities for the property at 21 Martins Cove Road, Hingham, MA from January 1, 1990 to the present.

**RESPONSE NO. 9**

Defendants will produce those documents responsive to the Request in their possession, custody, or control.

**REQUEST NO. 10**

Copies of any and all cancelled checks or other evidence for any payment by Defendant to Suzanne Wright from January 1, 1990 to the present.

**RESPONSE NO. 10**

Defendants will produce those non-privileged documents responsive to the Request in their possession, custody, or control.

**REQUEST NO. 11**

Copies of any and all calendar, date book, Palm Pilot or other electronic or manual calendaring system for the period from January 1, 2002 through December 31, 2003.

**RESPONSE NO. 11**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome, and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, Defendants will produce those non-privileged documents responsive to the Request in their possession, custody, or control.

**REQUEST NO. 12**

Any and all correspondence with any residential or commercial real estate brokers, agents, or appraisers, for the period from January 1, 2002 through September 1, 2003.

**RESPONSE NO. 12**

Defendants object to this Request on the grounds that it is overbroad and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, Defendants state that they will produce those

non-privileged documents responsive to the Request in their possession, custody, or control concerning 21 Martin's Cove Road, Hingham, MA.

## REQUEST NO. 13

Copies of any and all notes of any communications with any residential or commercial real estate brokers, agents, or appraisers for the period from January 1, 2002 through September 1, 2003.

## RESPONSE NO. 13

Defendants object to this Request on the grounds that it is overbroad and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, Defendants state that they have no non-privileged documents responsive to the Request in their possession, custody, or control concerning 21 Martin's Cove Road, Hingham, MA.

## REQUEST NO. 14

Copies of any offers to purchase real estate made by the Defendant for the period from January 1, 2002 through September 1, 2003.

## RESPONSE NO. 14

Defendants object to this Request on the grounds that it is overbroad and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, Defendants state that they will produce those documents responsive to the Request in their possession, custody, or control. Further answering, please see Defendants' initial disclosure documents labeled M0102-M0107.

**REQUEST NO. 15**

Any and all Purchase and Sale Agreements to which the Defendant was a signatory.

**RESPONSE NO. 15**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, Defendants state that they will produce those documents responsive to the Request in their possession, custody, or control for the period from January 1, 2002 through September 1, 2003. Further answering, please see Defendants' initial disclosure documents labeled M0108-M0121.

**REQUEST NO. 16**

Copies of any and all deeds to which the Defendant was a party, whether grantor or grantee.

**RESPONSE NO. 16**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, Defendants state that they will produce those documents responsive to the Request in their possession, custody, or control for the period from January 1, 2002 through September 1, 2003. Further answering, please see Defendants' initial disclosure documents labeled M0122-M0123.

**REQUEST NO. 17**

Copies of any and all materials received by the Defendant concerning any residential property available for purchase at any time from June 1, 2000 until September 30, 2003.

**RESPONSE NO. 17**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, Defendants state that they have no non-privileged documents responsive to the Request in their possession, custody, or control.

**REQUEST NO. 18**

Copies of any and all term sheets or offers to lease any commercial property on behalf of the Defendant or any entity in which the Defendant had an ownership interest for the period from January 1, 2001 through September 2, 2003.

**RESPONSE NO. 18**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 19**

Copies of any and all leases for any commercial property signed by defendant on his or her own behalf or on behalf of any entity in which the Defendant had an ownership interest for the period from January 1, 2001 through September 1, 2003.

**RESPONSE NO. 19**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 20**

Copies of any and all long distance telephone bills, both land line and cell phone, for the period from September 2, 2002 through September 1, 2003.

**RESPONSE NO. 20**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 21**

Copies of any and all invoices from any Visa, MasterCard, Discover Card, American Express Card for the period from July 1, 2001 through August 1, 2003.

**RESPONSE NO. 21**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject

matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 22**

Copies of any and all frequent flier mileage statements from any airline for the period from September 1, 2001 through August 1, 2003.

**RESPONSE NO. 22**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 23**

Copies of any and all documents generated for, or exchanged at, or signed at, the closing in March of 2003 concerning the premises located at 21 Martin's Cove Road, Hingham, MA.

**RESPONSE NO. 23**

Defendants will produce those non-privileged documents responsive to the Request in their possession, custody, or control.

**REQUEST NO. 24**

Copies of any and all documents generated for, or exchanged at, or signed at, the closing concerning the premises located at 21 Martin's Cove Road, Hingham, MA in July and/or August of 2003.

**RESPONSE NO. 24**

Defendants will produce those non-privileged documents responsive to the

Request in their possession, custody, or control. Further answering, please see

Defendants' initial disclosure documents labeled M0124-M0125.

**REQUEST NO. 25**

Any and all business cards in your possession from real estate brokers located in

Hingham, Hull, Weymouth, Cohasset, Scituate, Hanover, Rockland, Norwell, or

Marshfield, MA.

**RESPONSE NO. 25**

Defendants object to this Request on the grounds that it is overbroad, unduly

burdensome and seeks production of documents which are neither relevant to the subject

matter involved in the pending action nor reasonably calculated to lead to the discovery

of admissible evidence. Without waiving the foregoing objections, Defendants state that

they will produce those non-privileged documents responsive to the Request in their

possession, custody, or control.

**REQUEST NO. 26**

Copies of any and all address book entries, Rolodex entries, entries in any

electronic database such as Microsoft Outlook, or any similar documents which concern,

relate to or disclose the address of telephone number for any real estate brokers located in

Hingham, Hull, Weymouth, Cohasset, Scituate, Hanover, Rockland, Norwell, or

Marshfield, MA.

**RESPONSE NO. 26**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 27**

Copies of any and all business cards in your possession from real estate appraisers.

**RESPONSE NO. 27**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 28**

Copies of any and all address book entries, Rolodex entries, entries in any electronic database such as Microsoft Outlook, or any similar documents which concern, relate to or disclose the address or telephone number for any real estate appraisers.

**RESPONSE NO. 28**

Defendants object to this Request on the grounds that it is overbroad, unduly burdensome and seeks production of documents which are neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 29**

A copy of your curriculum vitae or resume for the period from January 1, 2000 to

December 31, 2004.

**RESPONSE NO. 29**

Defendants object to this Request on the grounds that it seeks production of

documents which are neither relevant to the subject matter involved in the pending action

nor reasonably calculated to lead to the discovery of admissible evidence.

WILLIAM ROBERT MEARA
BRENDA MEARA

By their attorneys:

Marc Laredo, BBO # 543973
Lisa Cooney, BBO # 636631
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA 02109
TEL: (617) 367-7984
FAX: (617) 367-6475

Dated: April 15, 2005

## CERTIFICATE OF SERVICE

I, Lisa Cooney, attorney for Defendants William Robert Meara and Brenda Meara hereby certify that on this date I served the above Responses to Plaintiff's First Request for Production of Documents by causing same to be delivered by first class mail to counsel of record as listed below:

Scott L. Machanic, Esq.
Cunningham, Machanic, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760

Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street
Boston, MA 02109
617-367-7984

Dated: April 1, 2005