UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>As TRUSTEE, MARTiN'S COVE<br>REALTY TRUST<br>　　　Plaintiff<br><br>vs<br><br>WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>　　　Defendants | CIVIL ACTION NO. 04-10211-RCL |

**CERTIFICATE OF CONFERENCE CONCERNING
PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I hereby certify that I conferred with Defense Counsel concerning the above motion to compel, by first sending a letter dated April 18, 2005 to Attorney Marc Laredo, and then having a telephone conference on April 22, 2005 with Attorney Lisa Cooney. We were not able to resolve our differences on the issues.

　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　Suzanne Wright
　　　　　　　　　　　　　　　　By her attorneys

　　　　　　　　　　　　　　　　_/s/ Scott L. Machanic_
　　　　　　　　　　　　　　　　Scott L. Machanic   BBO # 311120
　　　　　　　　　　　　　　　　Cunningham, Machanic, Cetlin,
　　　　　　　　　　　　　　　　　　Johnson & Harney, LLP
　　　　　　　　　　　　　　　　220 N. Main Street
　　　　　　　　　　　　　　　　Natick, MA 01760
　　　　　　　　　　　　　　　　(508) 651-7524

237424

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 5/27/05.

Signed: _/s/_