UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

| | |
|---|---|
| SUZANNE WRIGHT, Individually and<br>    As TRUSTEE, MARTIN'S COVE<br>    REALTY TRUST<br>       Plaintiff<br><br>vs<br><br>WILLIAM ROBERT MEARA and<br>BRENDA MEARA,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO VACATE ORDER OF DISMISSAL

Now come the parties and, pursuant to Fed.R.Civ.P. 60, hereby move to vacate the Settlement Order of Dismissal entered by the Court in this matter on June 16, 2005, which was entered "without prejudice," so that the parties may file a Stipulation of Dismissal with prejudice, which effectuates the intention, and explicit agreement, of the parties as a term of the settlement of this matter. The executed Stipulation of Dismissal accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| Brenda Meara<br>William Meara<br>By their attorneys<br><br>_____<br>Marc C. Laredo  BBO # 543973<br>7/25/05<br>Laredo & Smith, LLP<br>15 Broad Street, Suite 600<br>Boston, MA 02109<br>(617) 367-7984 | Suzanne Wright<br>By her attorneys<br><br><br>_____<br>Scott L. Machanic   BBO # 311120<br>Cunningham, Machanic, Cetlin,<br>Johnson & Harney, LLP<br>220 N. Main Street<br>Natick, MA 01760<br>(781) 237-7030 |

Dated: