UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10211 RCL

SUZANNE WRIGHT, Individually and )
    As TRUSTEE, MARTIN'S COVE )
    REALTY TRUST )
        Plaintiff )
         )
vs )
         )
WILLIAM ROBERT MEARA and )
BRENDA MEARA, )
        Defendants )

## STIPULATION OF DISMISSAL

Now come the parties and, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate that this matter be dismissed in its entirety, with prejudice and without costs, all rights of appeal being waived.

Respectfully submitted,

Brenda Meara
William Meara
By their attorneys

_____
Marc C. Laredo  BBO # 543973  7/25/05

Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated:

Suzanne Wright
By her attorneys

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(781) 237-7030