UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE WRIGHT, Individually and )<br>    As TRUSTEE, MARTIN'S COVE )<br>    REALTY TRUST )<br>        Plaintiff )<br>)<br>vs )<br>)<br>WILLIAM ROBERT MEARA and )<br>BRENDA MEARA, )<br>        Defendants ) | CIVIL ACTION NO. 04-10211 RCL |

STIPULATION OF DISMISSAL

Now come the parties and, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate that this matter be dismissed in its entirety, with prejudice and without costs, all rights of appeal being waived.

Respectfully submitted,

Brenda Meara                              Suzanne Wright
William Meara                             By her attorneys
By their attorneys

_____              _____
Marc C. Laredo  BBO # 543973  7/25/05     Scott L. Machanic   BBO # 311120
                                          Cunningham, Machanic, Cetlin,
Laredo & Smith, LLP                       Johnson & Harney, LLP
15 Broad Street, Suite 600                220 N. Main Street
Boston, MA 02109                          Natick, MA 01760
(617) 367-7984                            (781) 237-7030

Dated: